UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                          21 cr 155-05 (JGK)

**ORDER OF SPECIAL ASSESSMENT**

ERIK GUARDADO,
                Defendant.
-----------------------------------------------------------X

       The defendant, Erik Guardado, having been sentenced in this matter, today, shall pay a special assessment of $100, which shall be due immediately.

**SO ORDERED.**

                                                                      _____
                                                                       **JOHN G. KOELTL
                                                                       UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 6, 2023